

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2025**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No.   24-33612-swe11** |
| **JETT HOLDINGS LLC,** | § | |
| | § | **Chapter 11** |
| *Debtor-in-Possession.* | § | |

## AGREED ORDER DISMISSING CASE

Came on for consideration, the *United States Trustee's Motion to Dismiss or, in the Alternative, Convert to Chapter 7 under 11 U.S.C. § 1112(b)* [ECF Nos. 35, 36] (the "**Motion**"). The Court finds that cause exists to dismiss this case and that Debtor agrees to the requested relief. The Court therefore

**ORDERERS** that the above-captioned case shall be **DISMISSED**; it is further

**ORDERED** that, pursuant to the Court's *Agreed Order Modifying Automatic Stay* [ECF No. 34] (the "**Lift Stay Order**"), Debtor is prohibited from refiling for 180 days and if Debtor

---

**AGREED ORDER DISMISSING CASE**                                                    **Page 1**

refiles within 180 days from the date of dismissal, then no automatic stay shall come into effect as to the Properties.[1]

**ORDERED** that the alternative relief of conversion to chapter 7 is **DENIED** as **MOOT.**

### END OF ORDER ###

Agreed to by:

*Joyce Lindauer (with permission)*
Joyce Lindauer
Counsel for Debtor

/s/ *Asher Bublick*
Asher Bublick
Office of the United States Trustee

Form of Order Prepared by:

/s/ *Asher Bublick*
Asher Bublick
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, Texas 75242

Counsel for the United States Trustee

---

[1] As defined in the Lift Stay Order.